DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. JESSUP

No. 21 PC.

Case below: 10 N. C. App. 503.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 6 April 1971.

STATE v. PITTS

No. 20 PC.

Case below: 10 N.C. App. 355.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 April 1971.

WILLIFORD v. WILLIFORD

No. 29 PC.

Case below: 10 N.C. App. 451.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 April 1971.

WILLIFORD v. WILLIFORD

No. 33 PC.

Case below: 10 N.C. App. 529.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 April 1971.